■ JOSEPH FRATELLENCIO, Appellant, v GEORGE E. GREEN et al., Respondents, et al., Defendants. — Appeal (1) from an order of the Supreme Court at Special Term (Hughes, J.), entered November 24, 1981 in Columbia County, which granted the cross motion of various defendants dismissing the complaint, and (2) from an order of said court, entered March 31, 1982 in Columbia County, which denied plaintiff's motion to vacate the prior order. Orders affirmed, with costs, on the opinions of Mr. Justice Harold J. Hughes at Special Term. Mahoney, P. J., Mikoll, Yesawich, Jr., and Levine, JJ., concur.